UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                             )
                                                   )
RENT RITE SUPERKEGS WEST, LTD.                     )   Case No. 17-21236 TBM
DBA Wright Group Event Services                    )   Chapter 11
EIN 84-1185909                                     )
                                                   )
Debtor.                                            )

**OBJECTION TO APPLICATION OF WEINMAN & ASSOCITES, P.C. FOR EMPLOYMENT AS COUNSEL OF THE DEBTOR-IN-POSSESSION**

Jose Talamantes, a creditor of the Debtor and party-in-interest herein, through counsel, objects on the following grounds to the application of Weinman & Associates, P.C. to be employed as counsel for the Debtor-In-Possession (*docket No. 14*):

1. 11 U.S.C. section 327(a) states that a trustee, with court approval, may employ an attorney to represent or assist the debtor if the attorney does "not hold or represent an interest adverse to the estate" and is "disinterested".

2. In this case the application of Weinman & Associates, P.C. states that it represents Softball Country dba Ball Four, "which is doing business with the Debtor". Although Softball and Debtor are both entities, the application does not state that the nature of the business relationship between them but rather states that the Debtor is "being employed and paid by Softball Country's insurance carrier". The exact nature of this employment[1] is not stated nor is there any disclosure of the nature or basis of the compensation paid to Debtor as a result of being so "employed" (by either Softball or its carrier), the history and length of said employment, the specific business relationship between Debtor and Softball, why there is any involvement of an insurance carrier or of the terms of or reasons for the insurance carrier's involvement. The affidavit of Mr. Weinman, Exhibit "A" to the Application, simply reiterates the language of the Application and adds no further clarifying information on these issues.

3. Debtor's Statement of Financial Affairs reflects that Weinman & Associates was or is a creditor of Debtor in that the law firm was the Plaintiff in a collection case pending against the

---

[1] It cannot be ascertained from the Application if Debtor is merely a supplier of Softball or if the "employment" is pursuant to any agreement or contract. If the latter applies, disclosure of the nature and terms of the contractual relationship, as well as Weinman & Associates, P.C.'s involvement in the drafting or negotiation of the contract, is critical to determine if there is an actual or potential for a conflict of interest.

Debtor in the County Court of the City and County of Denver, Colorado, Civil Action No. 2017C55896.[2]

4.  11 U.S.C. section 329(c) states that a person "is not disqualified for employment under this section solely because of such person's employment by or representation of a creditor, unless there is an objection by another creditor . . . , in which case the court shall disapprove such employment if there is an actual conflict of interest". [3]

5.  In view of the above and the language of Section 329, and considering that Weinman & Associates, P.C. does, in fact, represent Softball and that Softball's insurance carrier is also employing and paying Debtor, Mr. Talamantes is unable to determine if Weinman & Associates, P.C. is truly a disinterest person who does not hold or represent an interest adverse to Debtor.

WHEREFORE, based on the disclosures made to date and information available, Mr. Talamandes objects to Weinman & Associates, P.C.'s Application to be employed as counsel for the Debtor-in-Possession and requests the court to conduct a hearing on the Application.

DATED: December 26, 2017            ___s/ James L. Aab_____
                                    James L. Aab, #5177
                                    Counsel for Mr. Talamandes
                                    5950 S. Willow Drive, Suite 304
                                    Greenwood Village, CO  80111
                                    Telephone: 303-756-7550
                                    jlaab@aol.com

---

[2] See paragraph 7 of Debtor's Statement of Financial Affairs.  This fact is not disclosed in the Application or Mr. Weinman's Affidavit.  Also, there is no notation of how this case was "concluded", the nature of the claims made against the Debtor or when the case was "concluded".

[3] Without knowing the terms of any employment or business agreement between Debtor and Softball and/or Softball's insurance carrier, or the nature and conclusion of the Denver County Court case, it cannot be ascertained if on the Petition Date any circumstance existed which might implicate the provisions of section 329(c).

## CERTIFICATE OF MAILING

      This is to certify that a true and correct copy of the above and foregoing **OBJECTION TO APPLICATION OF WEINMAN & ASSOCITES, P.C. FOR EMPLOYMENT AS COUNSEL OF THE DEBTOR-IN-POSSESSION** was mailed, postage prepaid and deposited in the U.S. Mail this 26th day of December, 2017 to the below named parties:

Alan K. Motes, Esq.
United States Trustee's Office
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294-6004

Rent Rite SuperKegs West Ltd
1400 Yosemite Street
Denver, CO 80220-3601

Jeffrey Weinman, Esq.
Weinman & Associates, P.C.
730 17th Street, Suite. 240
Denver, CO 80202-3506

Marcus L. Squarrell, Esq.
Lewis, Bess, Williams & Weese P.C.
1801 California Street, Suite 3400
Denver, CO  80202

                                                     *s/ Brenda Ishida*
                                                     Brenda Ishida