**Fill in this information to identify the case:**

Debtor name  **Rent Rite SuperKegs West Ltd**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  **17-21236 TBM**

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,839,930.39** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$3,952,209.18** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$3,546,883.52** |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | **Interest income, insurance payout** | **$212,696.46** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | **Interest income, insurance payout** | **$162,763.24** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | **Insurance payout, interest income** | **$172,723.62** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Rent Rite SuperKegs West Ltd** | Case number *(if known)* | **17-21236 TBM** |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Beyond Boundary LTD** | **9/1/17 through 10/18/17** | **$8,027.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Diamond Standard Events, LLC** | **9/6/17 through 11/15/17** | **$14,603.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Madrid's Auto Repair**<br>**1517 Beeler St**<br>**Aurora, CO 80010** | **9/8/17 through 11/2/17** | **$7,131.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **MSR - Mobile Stage Rentals** | **11/30/17** | **$11,671.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Norseman**<br>**3815 Wanuskewin Road**<br>**Saskatoon, SK S7P1A4**<br>**Canada** | **9/25/17 through 11/15/17** | **$36,950.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Rapid Ways Truck Leasing**<br>**PO Box 931284**<br>**Kansas City, MO 64193** | **9/5/17 through 10/3/17** | **$8,501.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | **Rent Rite SuperKegs West Ltd** | Case number (if known) | **17-21236 TBM** |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Thomas S. Wright**<br>**9625 W 32nd Ave**<br>**Wheat Ridge, CO 80033**<br>**Owner** | **SEE ATTACHED** | **$165,425.00** | **Payroll** |
| 4.2. **Susan L. Wright**<br>**9625 W 32nd Ave**<br>**Wheat Ridge, CO 80033**<br>**Officer** | **SEE ATTACHED** | **$132,429.00** | **Payroll** |
| 4.3. **Yosemite Management, LLC**<br>**1400 Yosemite Street**<br>**Denver, CO 80220**<br>**Entity owned by Thomas Wright** | 12/2017 | $3,284,571.61 | **Purchase of building.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Denver County Court**<br>**c/o CO Dept of Unemployment**<br>**201 W. Colfax Ave.**<br>**Dept. 101**<br>**Denver, CO 80202** | **Garnished Chase Bank Account**<br>Last 4 digits of account number:     7000 | **October 2017** | **$20,000.00** |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   **Rent Rite SuperKegs West Ltd**            Case number *(if known)*  **17-21236 TBM**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **St. Paul Fire and Marine Insurance Company v. Rent-Rite Super Kegs West Ltd.**<br>**2017CV31208** | **Unpaid rent and alleged damages to premises** | **Denver District Court**<br>**1437 Bannock Street, Room 256**<br>**Denver, CO 80202** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Tom H. Connolly, Chapter 7 Trustee, Plaintiff v. Tom Wright and Rent-Rite Super Kegs West Ltd., Defendants**<br>**Adversary Proceeding No. 17-1522 EEB** | **Recovery of Transfer** | **U.S. Bankruptcy Court for the**<br>**District of Colorado**<br>**721 19th St**<br>**Denver, CO 80202** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **World Business Lenders, LLC v. Thomas Steuart Wright**<br>**2017CV30714** | **Default on promissory note and guarantees** | **Arapahoe County District Court**<br>**7325 S. Potomac St.**<br>**Englewood, CO 80112** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Weinman & Associates, P.C. v. Rent-Rite SuperKegs West, Ltd.**<br>**2017C55896** | **Collection** | **Denver County Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **Maria del Carmen Contraras, Rosa W. Botello Hernandez, Joaquin Espinoza Bailon, Alfonso Madera, and Gerardo Castaneda Cisneros v. Rent-Rite Super Kegs West, Ltd.**<br>**16CV01737** | **Labor Dispute** | **Denver District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Jose Angel Talamantes v. Thomas s. Wright, individually, Wright Group Event Services, LLC aka Wright Group Event Services, Inc. aka Thomas Wright**<br>**12CV7417** | | **Denver District Court**<br>**1437 Bannock St Rm 256**<br>**Denver, CO 80202** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

| Debtor | **Rent Rite SuperKegs West Ltd** | | Case number *(if known)*   **17-21236 TBM** |
| --- | --- | --- | --- |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1. | **Various Customers** | **Debtor routinely offers discounts to all of its customers which are charities and books the discounts as charitable contributions. The list is voluminous, approximately 300 "donations", and available upon request. Value TBD.** | **Various** | **Unknown** |
| | Recipients relationship to debtor | | | |

---

| Part 5: | Certain Losses |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Weinman & Associates, P.C. 730 17th Street, Suite 240 Denver, CO 80202** | **Retainer** | **October/No vember 2017** | **$21,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Rent Rite SuperKegs West Ltd**     Case number *(if known)*   **17-21236 TBM**

---

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor   **Rent Rite SuperKegs West Ltd**                                   Case number *(if known)*   **17-21236 TBM**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
     List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
     List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
     *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

     *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

     *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor   **Rent Rite SuperKegs West Ltd**     Case number *(if known)*  **17-21236 TBM**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Accounting & Tax Advisory**<br>      **4380 S. Syracuse St., Ste. #520**<br>      **Denver, CO 80237** | **2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **City & County of Denver**<br>      **c/o Vanessa Durant**<br>      **201 W. Colfax**<br>      **Denver, CO 80202** | **10/1/2013 - still ongoing** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Rent Rite Super Kegs West, Ltd.**<br>      **1400 Yosemite st**<br>      **Denver, CO 80220** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Rent Rite SuperKegs West Ltd**                    Case number *(if known)*  **17-21236 TBM**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas S. Wright** | **1400 Yosemite Street Denver, CO 80220** | **Manager** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2018**

**/s/ Thomas S. Wright**                                         **Thomas S. Wright**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

10:45 PM
11/30/17
Accrual Basis

**Rent Rite SuperKegs West, Ltd**
**Find Report**
January 2016 through November 2017

*SOFA Question #4*

| Type | Date | Num | Name | Memo | Class | Clr | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|--------|---------|
| **Jan '16 - Nov 17** | | | | | | | | | |
| Check | 11/20/2017 | 85442 | Thomas S. Wright. | 10/26 - 11/10 PP | | | | 3,625.00 | -3,625.00 |
| Check | 11/06/2017 | 85409 | Thomas S. Wright. | 10/11 - 10/26 PP | | | | 3,625.00 | -7,250.00 |
| Check | 10/20/2017 | 85382 | Thomas S. Wright. | 09/26 - 10/10 PP | | | | 3,625.00 | -10,875.00 |
| Check | 10/05/2017 | 85345 | Thomas S. Wright. | PP 09/10/2017 - 09/25/2017 | | | | 3,625.00 | -14,500.00 |
| Check | 09/20/2017 | 85250 | Thomas S. Wright. | PP 08/26 - 09/10 | | | | 3,625.00 | -18,125.00 |
| Check | 09/05/2017 | 85192 | Thomas S. Wright. | PP 08/11 - 08/25 | | | | 3,625.00 | -21,750.00 |
| Check | 08/21/2017 | 85045 | Thomas S. Wright. | 07/26 - 08/10 PR | | | | 3,625.00 | -25,375.00 |
| Check | 08/04/2017 | 85036 | Thomas S. Wright. | 07/11 - 07/25 PR | | | | 3,625.00 | -29,000.00 |
| Check | 07/20/2017 | 27605 | Thomas S. Wright. | 06/26/2017 - 07/10/2017 | | | | 3,625.00 | -32,625.00 |
| Check | 07/05/2017 | 27597 | Thomas S. Wright. | 6/11/17 - 6/25/17 | RENT | | | 3,625.00 | -36,250.00 |
| Check | 06/20/2017 | 27583 | Thomas S. Wright. | 5/26/17 - 6/10/17 | RENT | | | 3,625.00 | -39,875.00 |
| Check | 06/05/2017 | 27557 | Thomas S. Wright. | 5/11/17 - 5/25/17 | RENT | | | 3,625.00 | -43,500.00 |
| Check | 05/19/2017 | 27548 | Thomas S. Wright. | 4/26/17 - 5/10/17 | RENT | | | 3,625.00 | -47,125.00 |
| Check | 05/05/2017 | 27520 | Thomas S. Wright. | 4/11/17 - 4/25/17 | RENT | | | 3,625.00 | -50,750.00 |
| Check | 04/20/2017 | 27479 | Thomas S. Wright. | 3/26/17 - 4/10/17 | RENT | | | 3,625.00 | -54,375.00 |
| Check | 04/05/2017 | 27454 | Thomas S. Wright. | 3/11/15 - 3/25/17 | RENT | | | 3,625.00 | -58,000.00 |
| Check | 03/20/2017 | 27445 | Thomas S. Wright. | 2/26/17 - 3/10/17 | RENT | | | 3,625.00 | -61,625.00 |
| Check | 03/05/2017 | 27431 | Thomas S. Wright. | 2/11/17 - 2/25/17 | RENT | | | 3,625.00 | -65,250.00 |
| Check | 02/20/2017 | 27419 | Thomas S. Wright. | 1/26/17 - 2/10/17 | RENT | | | 3,625.00 | -68,875.00 |
| Check | 02/06/2017 | 27400 | Thomas S. Wright. | Deposit Rent o/a | RENT | | | 1,300.00 | -70,175.00 |
| Check | 02/05/2017 | 27412 | Thomas S. Wright. | 1/11/17 - 1/25/17 | RENT | | | 3,625.00 | -73,800.00 |
| Check | 01/20/2017 | 27392 | Thomas S. Wright. | 12/26/16 - 1/10/17 | RENT | | | 3,625.00 | -77,425.00 |
| Check | 01/05/2017 | 27383 | Thomas S. Wright. | 12/11/16 - 12/25/16 | RENT | | | 3,625.00 | -81,050.00 |
| Check | 12/20/2016 | 27316 | Thomas S. Wright. | 11/26/16 - 12/10/16 | RENT | | | 3,625.00 | -84,675.00 |
| Check | 12/05/2016 | 27289 | Thomas S. Wright. | 11/11/16 - 11/25/16 | RENT | | | 3,625.00 | -88,300.00 |
| Check | 11/20/2016 | 27258 | Thomas S. Wright. | 10/26/16 - 11/10/16 | RENT | | | 3,625.00 | -91,925.00 |
| Check | 11/05/2016 | 27198 | Thomas S. Wright. | 10/11/16 - 10/25/16 | RENT | | | 3,625.00 | -95,550.00 |
| Check | 10/20/2016 | 27145 | Thomas S. Wright. | 9/26/16 - 10/10/16 | | | | 3,625.00 | -99,175.00 |
| Check | 10/05/2016 | 27100 | Thomas S. Wright. | 9/11/16 - 9/25/16 | | | | 3,625.00 | -102,800.00 |
| Check | 09/20/2016 | 27027 | Thomas S. Wright. | 8/26/16 - 9/10/16 | | | | 3,625.00 | -106,425.00 |
| Check | 09/05/2016 | 26957 | Thomas S. Wright. | 8/11/16 - 8/25/16 | | | | 3,625.00 | -110,050.00 |
| Check | 08/20/2016 | 26926 | Thomas S. Wright. | 7/26/16 - 8/10/16 | | | | 3,625.00 | -113,675.00 |
| Check | 08/05/2016 | 26884 | Thomas S. Wright. | 7/11/16 - 7/25/16 | | | | 3,625.00 | -117,300.00 |
| Check | 07/20/2016 | 26824 | Thomas S. Wright. | 6/26/16 - 7/10/16 | | | | 3,625.00 | -120,925.00 |
| Check | 07/05/2016 | 26781 | Thomas S. Wright. | 6/11/16 - 6/25/16 | | | | 3,625.00 | -124,550.00 |
| Check | 06/20/2016 | 26745 | Thomas S. Wright. | 5/26/16 - 6/10/16 | | | | 3,625.00 | -128,175.00 |
| Check | 06/05/2016 | 26724 | Thomas S. Wright. | 5/11/16 - 5/25/16 | | | | 3,625.00 | -131,800.00 |
| Check | 05/20/2016 | 26616 | Thomas S. Wright. | 4/26/16 - 5/10/16 | | | | 3,625.00 | -135,425.00 |
| Check | 05/05/2016 | 26508 | Thomas S. Wright. | 4/11/16 - 4/25/16 | | | | 3,625.00 | -139,250.00 |
| Check | 04/20/2016 | 26460 | Thomas S. Wright. | VOID: 3/26/16 - 4/10/16 | | | 0.00 | | -139,250.00 |
| Check | 04/20/2016 | 26476 | Thomas S. Wright. | 3/26/16 - 4/10/16 | | | | 4,025.00 | -143,275.00 |
| Check | 04/05/2016 | 26408 | Thomas S. Wright. | 3/11/16 - 3/25/16 | | | | 3,625.00 | -146,900.00 |
| Check | 04/05/2016 | 26434 | Thomas S. Wright. | Scott Yonker | | | | 400.00 | -147,300.00 |
| Check | 03/20/2016 | 26353 | Thomas S. Wright. | 2/26/16 - 3/10/16 | | | | 3,625.00 | -150,925.00 |
| Check | 03/05/2016 | 26324 | Thomas S. Wright. | 2/11/16 - 2/25/16 | | | | 3,625.00 | -154,550.00 |
| Check | 02/05/2016 | 26222 | Thomas S. Wright. | 1/11/16 - 1/25/16 | | | | 3,625.00 | -158,175.00 |
| Check | 01/20/2016 | 26185 | Thomas S. Wright. | 12/26/15 - 1/10/16 | | X | | 3,625.00 | -161,800.00 |
| Check | 01/05/2016 | 83785 | Thomas S. Wright. | 12/11/2015 - 12/25/2015 | | X | | 3,625.00 | -165,425.00 |
| **Jan '16 - Nov 17** | | | | | | | 0.00 | 165,425.00 | -165,425.00 |

Page 1

# Rent Rite SuperKegs West, Ltd
## Find Report
January 2016 through November 2017

SDFA Question #4

| Type | Date | Num | Name | Memo | Split | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Jan '16 - Nov 17 | | | | | | | |
| Check | 11/20/2017 | 85443 | SUSAN WRIGHT | 10/26 - 11/10 PP | 2100 · Payroll Liabilities | 2,206.33 | -2,206.33 |
| Check | 11/09/2017 | 85430 | SUSAN WRIGHT | reimbursement | 6258 · Parking & Tolls | 40.00 | -2,246.33 |
| Check | 11/06/2017 | 85410 | SUSAN WRIGHT | 10/11 - 10/26 PP | 2100 · Payroll Liabilities | 2,206.33 | -4,452.66 |
| Check | 10/31/2017 | 85405 | SUSAN WRIGHT | reimbursement replaces NSF check # 85376 | -SPLIT- | 225.51 | -4,678.17 |
| Check | 10/20/2017 | 85381 | SUSAN WRIGHT | 09/25 - 10/10 PP | 2100 · Payroll Liabilities | 2,206.33 | -6,884.50 |
| Check | 10/19/2017 | 85376 | SUSAN WRIGHT | VOID: reimbursement | 6256 · Operating Supplies | | -6,884.50 |
| Check | 10/05/2017 | 85344 | SUSAN WRIGHT | PP 09/10/2017 - 09/25/2017 | 2100 · Payroll Liabilities | 2,206.33 | -9,090.83 |
| Check | 09/05/2017 | 85249 | SUSAN WRIGHT | PP 08/26 - 09/10 | 2100 · Payroll Liabilities | 2,206.33 | -11,297.16 |
| Check | 08/28/2017 | 85172 | SUSAN WRIGHT | reimbursement | 6166 · Meals (100%) | 80.21 | -11,377.37 |
| Check | 08/21/2017 | 85043 | SUSAN WRIGHT | 07/26 - 08/10 PR | 2100 · Payroll Liabilities | 2,206.33 | -13,583.70 |
| Check | 08/04/2017 | 84973 | SUSAN WRIGHT | 07/11 - 07/25 PR | 2100 · Payroll Liabilities | 2,206.33 | -15,790.03 |
| Check | 08/02/2017 | 85059 | SUSAN WRIGHT | Verizon Q owes me new phone | 6342 · Telephone - Wireless | 71.83 | -15,861.86 |
| Check | 07/25/2017 | 85018 | SUSAN WRIGHT | reimbursement from Quinten for his personal expe... | 2424 · N/P - Quentin Wright | 210.16 | -16,072.02 |
| Check | 07/25/2017 | 85019 | SUSAN WRIGHT | reimbursement mw exp on Sues WF dc | -SPLIT- | 204.27 | -16,276.29 |
| Check | 07/20/2017 | 27604 | SUSAN WRIGHT | 06/10/2017 - 07/10/2017 | 2100 · Payroll Liabilities | 2,206.33 | -18,482.62 |
| Check | 07/11/2017 | 84768 | SUSAN WRIGHT | Reimbursement | -SPLIT- | 3,340.00 | -21,822.62 |
| Check | 07/05/2017 | 27587 | SUSAN WRIGHT | 6/11/17 - 6/25/17 | 2100 · Payroll Liabilities | 2,206.33 | -24,028.95 |
| Check | 06/20/2017 | 27584 | SUSAN WRIGHT | 5/26/16 - 6/10/17 | 2100 · Payroll Liabilities | 2,206.33 | -26,235.28 |
| Check | 06/08/2017 | 84846 | SUSAN WRIGHT | Reimbursement | 6166 · Meals (100%) | 128.99 | -26,364.27 |
| Check | 06/05/2017 | 27558 | SUSAN WRIGHT | 5/11/17 - 5/25/17 | 2100 · Payroll Liabilities | 2,206.33 | -28,570.60 |
| Check | 05/22/2017 | 84796 | SUSAN WRIGHT | Down Payment on Quinten new phone | 6342 · Telephone - Wireless | 185.00 | -28,755.60 |
| Check | 05/19/2017 | 27549 | SUSAN WRIGHT | 4/26/17 - 5/10/17 | 2100 · Payroll Liabilities | 2,206.33 | -30,961.93 |
| Check | 05/19/2017 | 84765 | SUSAN WRIGHT | Partial Refund | 2421 · N/P - Sue Wright | 9,000.00 | -39,961.93 |
| Check | 05/05/2017 | 27521 | SUSAN WRIGHT | 4/11/17 - 4/25/17 | 2100 · Payroll Liabilities | 2,206.33 | -42,168.26 |
| Check | 04/20/2017 | 27478 | SUSAN WRIGHT | 3/26/17 - 4/10/17 | 2100 · Payroll Liabilities | 2,206.33 | -44,374.59 |
| Check | 04/05/2017 | 27453 | SUSAN WRIGHT | 3/11/15 - 3/25/17 | 2100 · Payroll Liabilities | 2,208.33 | -46,582.92 |
| Check | 03/20/2017 | 27444 | SUSAN WRIGHT | 2/26/17 - 3/10/17 | 2100 · Payroll Liabilities | 2,208.33 | -48,791.25 |
| Check | 03/05/2017 | 27430 | SUSAN WRIGHT | 2/11/17 - 2/25/17 | 2100 · Payroll Liabilities | 2,208.33 | -50,999.58 |
| Check | 02/20/2017 | 27418 | SUSAN WRIGHT | 1/26/17 - 2/10/17 | 2100 · Payroll Liabilities | 2,208.33 | -53,207.91 |
| Check | 02/06/2017 | 84561 | SUSAN WRIGHT | payment on Account | 6200 · Interest Expense | 1,200.00 | -54,407.91 |
| Check | 02/05/2017 | 27411 | SUSAN WRIGHT | 1/11/17 - 1/25/17 | 2100 · Payroll Liabilities | 2,208.33 | -56,616.24 |
| Check | 01/20/2017 | 27391 | SUSAN WRIGHT | 12/26/16 - 1/10/17 | 2100 · Payroll Liabilities | 2,208.33 | -58,824.57 |
| Check | 01/13/2017 | 84507 | SUSAN WRIGHT | Refund / Lenses for glasses Quinten Wright | 2421 · N/P - Sue Wright | 119.25 | -58,943.82 |
| Check | 01/05/2017 | 27382 | SUSAN WRIGHT | 12/11/16 - 12/25/16 | 2100 · Payroll Liabilities | 2,208.33 | -61,152.15 |
| Check | 12/20/2016 | 27315 | SUSAN WRIGHT | 11/26/16 - 12/10/16 | 2100 · Payroll Liabilities | 2,208.33 | -63,360.48 |
| Check | 12/20/2016 | 50858 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 461.75 | -63,822.23 |
| Check | 12/05/2016 | 27288 | SUSAN WRIGHT | 11/11/16 - 11/25/16 | 2100 · Payroll Liabilities | 2,208.33 | -66,030.56 |
| Check | 12/05/2016 | 50827 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 459.75 | -66,490.31 |
| Check | 11/20/2016 | 27257 | SUSAN WRIGHT | 10/26/16 - 11/10/16 | 2100 · Payroll Liabilities | 2,208.33 | -68,698.64 |
| Check | 11/18/2016 | 50797 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 461.75 | -69,160.39 |
| Check | 11/05/2016 | 27197 | SUSAN WRIGHT | 10/11/16 - 10/25/16 | 2100 · Payroll Liabilities | 2,208.33 | -71,368.72 |
| Check | 11/04/2016 | 50762 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 459.75 | -71,828.47 |
| Check | 10/20/2016 | 27148 | SUSAN WRIGHT | 9/26/16 - 10/10/16 | 2100 · Payroll Liabilities | 2,208.33 | -74,036.80 |
| Check | 10/20/2016 | 50726 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 461.75 | -74,498.55 |
| Check | 10/05/2016 | 27101 | SUSAN WRIGHT | 9/11/16 - 9/25/16 | 2100 · Payroll Liabilities | 2,208.33 | -76,706.88 |
| Check | 10/05/2016 | 50688 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 459.75 | -77,166.63 |
| Check | 09/20/2016 | 27028 | SUSAN WRIGHT | 8/26/16 - 9/10/16 | 2100 · Payroll Liabilities | 2,208.33 | -79,374.96 |
| Check | 09/20/2016 | 50646 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 461.75 | -79,836.71 |
| Check | 09/05/2016 | 26958 | SUSAN WRIGHT | 8/11/16 - 8/25/16 | 2100 · Payroll Liabilities | 2,208.33 | -82,045.04 |
| Check | 09/02/2016 | 26978 | SUSAN WRIGHT | | 6174 · Professional Services | 350.00 | -82,395.04 |
| Check | 09/02/2016 | 50602 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 459.75 | -82,854.79 |
| Check | 08/20/2016 | 26927 | SUSAN WRIGHT | 7/26/16 - 8/10/16 | 2100 · Payroll Liabilities | 2,208.33 | -85,063.12 |
| Check | 08/19/2016 | 50558 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 461.75 | -85,524.87 |
| Check | 08/05/2016 | 26847 | SUSAN WRIGHT | 7/11/16 - 7/25/16 | 2100 · Payroll Liabilities | 2,208.33 | -87,733.20 |
| Check | 08/05/2016 | 50515 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 459.75 | -88,192.95 |
| Check | 07/20/2016 | 26825 | SUSAN WRIGHT | 6/26/16 - 7/10/16 | 2100 · Payroll Liabilities | 2,208.33 | -90,401.28 |
| Check | 07/20/2016 | 50470 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 461.75 | -90,863.03 |
| Check | 07/18/2016 | 84209 | SUSAN WRIGHT | Reimbursements | -SPLIT- | 1,994.00 | -92,857.03 |
| Check | 07/05/2016 | 26782 | SUSAN WRIGHT | 6/11/16 - 6/25/16 | 2100 · Payroll Liabilities | 2,208.33 | -95,065.36 |
| Check | 07/05/2016 | 50425 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 459.75 | -95,525.11 |
| Check | 06/20/2016 | 26746 | SUSAN WRIGHT | 5/26/16 - 6/10/16 | 2100 · Payroll Liabilities | 2,208.33 | -97,733.44 |
| Check | 06/20/2016 | 50378 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 336.75 | -98,070.19 |
| Check | 06/05/2016 | 26723 | SUSAN WRIGHT | 5/11/16 - 5/25/16 | 2100 · Payroll Liabilities | 2,208.33 | -100,278.52 |
| Check | 06/03/2016 | 50330 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 334.75 | -100,613.27 |
| Check | 05/20/2016 | 26615 | SUSAN WRIGHT | 4/26/16 - 5/10/16 | 2100 · Payroll Liabilities | 2,208.33 | -102,821.60 |
| Check | 05/20/2016 | 50288 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 336.75 | -103,158.35 |
| Check | 05/05/2016 | 26507 | SUSAN WRIGHT | 4/11/16 - 4/25/16 | 2100 · Payroll Liabilities | 2,208.33 | -105,366.68 |
| Check | 05/05/2016 | 50251 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 334.75 | -105,701.43 |
| Check | 04/20/2016 | 26461 | SUSAN WRIGHT | 3/26/16 - 4/10/16 | -SPLIT- | 2,708.33 | -108,409.76 |
| Check | 04/20/2016 | 50218 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 336.75 | -108,746.51 |
| Check | 04/05/2016 | 26409 | SUSAN WRIGHT | 3/11/16 - 3/25/16 | 6800 · ShareHolders Expense | 2,208.33 | -110,954.84 |
| Check | 04/05/2016 | 26435 | SUSAN WRIGHT | From Quinten Wright | 6900 · Rent Expense | 350.00 | -111,304.84 |
| Check | 04/05/2016 | 50185 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 334.75 | -111,639.59 |
| Check | 04/04/2016 | 26439 | SUSAN WRIGHT | Misc. Reimburse | -SPLIT- | 1,740.00 | -113,379.59 |
| Check | 03/20/2016 | 26354 | SUSAN WRIGHT | 2/26/16 - 3/10/16 | 6800 · ShareHolders Expense | 2,208.33 | -115,587.92 |
| Check | 03/18/2016 | 50153 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 336.75 | -115,924.67 |
| Check | 03/05/2016 | 26325 | SUSAN WRIGHT | 2/11/16 - 2/25/16 | 6800 · ShareHolders Expense | 2,208.33 | -118,133.00 |
| Check | 03/04/2016 | 50122 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 334.75 | -118,467.75 |
| Check | 03/04/2016 | 50105 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 2,116.55 | -120,584.30 |
| Check | 02/24/2016 | 26276 | SUSAN WRIGHT | From Quinten's Pay | 6250 · Office Expense | 500.00 | -121,084.30 |
| Check | 02/19/2016 | 50080 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 2,118.54 | -123,202.84 |
| Check | 02/05/2016 | 26221 | SUSAN WRIGHT | 1/11/16 - 1/25/16 | 2100 · Payroll Liabilities | 2,208.33 | -125,411.17 |
| Check | 02/05/2016 | 50053 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 334.75 | -125,745.92 |
| Check | 01/22/2016 | 83818 | SUSAN WRIGHT | Reimbursements | -SPLIT- | 1,469.92 | -127,215.84 |
| Check | 01/20/2016 | 26186 | SUSAN WRIGHT | 12/26/15 - 1/10/16 | 6800 · ShareHolders Expense | 2,208.33 | -129,424.17 |
| Check | 01/20/2016 | 50045 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 336.75 | -129,760.92 |
| Check | 01/05/2016 | 83786 | SUSAN WRIGHT | 12/11/2015 - 12/25/2015 | 6800 · ShareHolders Expense | 2,208.33 | -131,969.25 |
| Check | 01/05/2016 | 50022 | SUSAN WRIGHT | | 0001 · ADP P/R Clearing | 459.75 | -132,429.00 |
| Jan '16 - Nov 17 | | | | | | 132,429.00 | -132,429.00 |

**Fill in this information to identify the case:**

Debtor name   **Rent Rite SuperKegs West Ltd**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **17-21236 TBM**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.     **Cash on hand**                                                                                                                            **$28,595.26**

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank** | **Checking** | **7000** | **$18,185.92** |
| 3.2. | **Wells Fargo Bank** | **Checking** | **1813** | **$9,677.99** |
| 3.3. | **JPMorgan Chase Bank** | **Checking** | **5780** | **$13,124.69** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                                            **$69,583.86**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

Debtor  **Rent Rite SuperKegs West Ltd**                    Case number *(If known)*  **17-21236 TBM**
Name

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Xcel Energy** | **$5,244.00** |

| | | |
|---|---|---|
| 7.2. | **Escrow account** | **$23,500.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Phoenix Home Life Insurance - Insured Thomas S. Wright** | **$0.00** |

| | | |
|---|---|---|
| 8.2. | **Northwestern Mutual - Insured Thomas S. Wright** | **$0.00** |

9.    **Total of Part 2.**                                                        **$28,744.00**
Add lines 7 through 8. Copy the total to line 81.

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 94,372.18 | - | 11,470.64 | = .... | **$82,901.54** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 29,178.72 | - | 545.23 | =.... | **$28,633.49** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                       **$111,535.03**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Rent Rite SuperKegs West Ltd**          Case number *(If known)*  **17-21236 TBM**
Name

19.    **Raw materials**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**
       **Rental goods, tents,**
       **tables, chairs, etc.**
       **Auction estimate:**
       **$528,784.00. See**
       **attached appraisal letter**
       **from Dickensheet &**
       **Associates, Inc.**          **5/3/2014**          **$1,265,336.00**    **Est. Wholesale**          **$528,784.00**

---

23.    **Total of Part 5.**                                                                    | **$528,784.00** |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value  _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture & Equipment** | **$41,603.70** | **Est. Wholesale** | **$18,721.67** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computer and graphic equipment** | **$48,669.87** | **Est. Wholesale** | **$21,901.44** |

Debtor    **Rent Rite SuperKegs West Ltd**                                Case number *(if known)*  **17-21236 TBM**
Name

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                  $40,623.11
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **SEE ATTACHED LISTING OF VEHICLES**<br>  **- Current Value listed is ESTIMATED.** | $0.00 | | $418,429.05 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.  **Total of Part 8.**                                                                                  $418,429.05
Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Rent Rite SuperKegs West Ltd** | Case number *(If known)* **17-21236 TBM** |
|---|---|---|
| | Name | |

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1. **1400 Yosemite St., Denver, CO 80220 Warehouse. Valuation based on broker opinion of Paul Kahn. See attached valuation from Paul Kahn.** | Fee simple | $0.00 | Broker opinion | $4,000,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$4,000,000.00** |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable** Description (include name of obligor) **Other current Assets from Balance Sheet - New Hope Ministries Note Receivable** | 146,812.00 - Total face amount | 0.00 = doubtful or uncollectible amount | |
|---|---|---|---|---|
| | | | | **$146,812.00** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Rent Rite SuperKegs West Ltd**        Case number *(If known)*   **17-21236 TBM**
Name

**every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$146,812.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor   **Rent Rite SuperKegs West Ltd**                                 Case number *(If known)*  **17-21236 TBM**
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $69,583.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $28,744.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $111,535.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $528,784.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,623.11 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $418,429.05 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $4,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $146,812.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,344,511.05 | + 91b. $4,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,344,511.05 |

| FLEET # | VIN # | YEAR | MAKE | DESCRIPTION |
|---|---|---|---|---|
| 2 | FRY649394 | 1977 | FRUEH | SEMI /FBTL/ BLUE |
| 3 | HPY590225 | 1978 | FRUEH | SEMI /VAN /WHITE |
| 4 | 206908 | 1976 | STRIC | SEMI/ VAN/ SILVER |
| 7 | M21618 | 1979 | GRT DANE | SEMI/ FBTL/ BLUE |
| 9 | 4ZBCH21607F006563 | 2007 | AZTEC | BALL / FBTL / BLACK |
| 11 | 4C8GS30376A007158 | 2006 | MAY | GSNK / FBLT / BLACK |
| 13 | 7L68602174 | 1976 | UTILITY | SEMI/ FBTL/WHITE |
| 14 | 3984 | 1957 | PIKE | SEMI/FBLT/BLACK |
| 15 | AZ175489 | 1966 | TRLMBL | SEMI/ FBLT/ WHITE |
| 18 | AZ151295 | 1990 | BILJAX | BALL/FBLT/ YELLOW |
| 19 | MAS452358 | 1974 | FRUEH | SEMI/ VAN/ WHITE |
| 20 | 1PTO2DAH5F9008346 | 1985 | TRIM | SEMI /VAN/ WHITE |
| 21 | 48FCG2820L1000383 | 1990 | TMBRWLF | BALL/ VAN/ WHITE |
| 22 | N20412 | 1975 | TRLMBL | SEMI/VAN/WHITE |
| 23 | FRR515801 | 1973 | FRUEH | SEMI/FBTL/WHITE |
| 27 | 1S9FG2434SC241672 | 1995 | SUPERIOR | GOOSENECK/VAN/WHITE |
| 28 | N69365 | 1976 | TRLMBL | SEMI/VAN/WHITE |
| 29 | BLJ572302 | 1969 | HOBB | SEMI/VAN/WHITE |
| 31 | 1S9AP1122SC241654 | 1995 | SUPERIOR | BALL/A/C&HEAT/WHITE |
| 32 | 1H5PO4228BNO22901 | 1981 | HOBB | SEMI/FBTL/RED |
| 33 | 1H4P045248F024901 | 1981 | FRUEH | SEMI/FBTL/RED |
| 35 | 79669 | 1979 | HAL | GSNK/VAN wSIDE DOOR-WHITE |
| 38 | 16VAX0813T1A77626 | 1996 | BIG TEX | BALL/A/C/BLUE |
| 39 | 16VAXO81XT1A77624 | 1996 | BIG TEX | BALL/5TONA/C/BLUE |
| 40 | 16VAX0811T1A77625 | 1996 | BIG TEX | BALL/FBTL/BLUE |
| 41 | 1BPV22452BT000245 | 1981 | DIA | SEMI/VAN/WHITE |
| 42 | 4F6L12612RA017894 | 1995 | EAGLE | BALL/MANLIFT/BLUE |
| 43 | 1T9US2220V023056 | 1997 | TRLMBL | BALL/FBTL W/AC |

Case:17-21236-TBM Doc#:85 Filed:05/15/18 Entered:05/15/18 15:04:51 Page19

| 45 | 4K8PX2024T1H09971 | 1996 | BIG TEX | GSNK/FBTL/BLACK |
|----|-------------------|------|---------|-----------------|
| 46 | 16VAX0816S1A71768 | 1995 | BIG TEX | BALL/FBTL W/AC/BLUE |
| 47 | 1D11037328C0 | 1998 | HOMEMADE | BALL?/VAN/ WHITE |
| 51 | 1D01034159CO | 1998 | HOMEMADE | BALL/FBTL/BLACK |
| 52 | 4ZBUE0125YK000068 | 2000 | AZTEC | BALL/FBTL/BLACK |
| 54 | 1MLP44529CB526003 | 1981 | MILLER | SEMI/FBTL/RED |
| 55 | 1GRDMN02XD0029781 | 1983 | GRDANE | SEMI/FBTL/RED |
| 57 | 1UYFS2455FA222110 | 1984 | UTILITY | SEMI/FBTL/RED |
| 62 | 1D12027316CO | 1997 | HOMEMADE | BALL/WOOD BOX/RED |
| 64 | HPV695365 | 1979 | FRUEH | SEMI/VAN/WHITE |
| 67 | 1LZ4520XE10001306 | 1984 | VALUE | SEMI/FBTL/RED |
| 72 | 1T9US2222VC023057 | 1997 | TRLMBL | BALL/FBTL W/A/C/WHITE |
| 74 | IDTP48R28BP014946 | 1980 | DORSEY | SEMI/FBTL/ALUMINUM |
| 79 | 90507 | 1979 | TRAILM | SEMI/VAN/WHITE |
| 80 | 17333802 | 1973 | TRAILM | MOBILE KITCHEN TRL. |
| 81 | 1DW1A5329PS812580 | 1993 | STOG | SEMI/VAN/WHITE/AIRRIDE |
| 84 | 16HPB12101U024059 | 2001 | HAULMARK | BALL/1 AXLE/CARGO TRL |
| Alfa Gold | 1AU055023EA004961 | 1984 | ALFA GOLD | 35 FT. TRAVEL TRAILER |
| Prowler | 1EC7E252710920189 | 2001 | PROWLER | 25 FT. TRAVEL TRAILER |

3:30 PM

01/24/18

Accrual Basis

# Rent Rite SuperKegs West, Ltd
## Balance Sheet
### As of December 19, 2017

|  | Dec 19, 17 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Petty Cash | |
| 1001 · Chase - RRW Credit Card Account | 1,596.96 |
| 1004 · Wells Fargo - RRW Checking 1813 | -1,811.08 |
| 1005 · Wells Fargo - DIP Checking | 8,632.08 |
| 1016 · Chase-GES Rental Services 5780 | 3,224.14 |
| 1099 · Clearing Account | 2,317.53 |
|  | 88,000.00 |
| **Total Checking/Savings** | 101,959.63 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 76,265.33 |
| **Total Accounts Receivable** | 76,265.33 |
| **Other Current Assets** | |
| 1202 · ITEX Trade Brokers | -2,137.51 |
| 1203 · CBS Trade Brokers | -10,682.32 |
| 1204 · IMS Trade Brokers | -23,207.57 |
| 1206 · Community Connect Trade Brokers | 15,105.46 |
| 1207 · Trade Accounts | 162.00 |
| 1218 · TradeBank Trade Brokers | 15,303.31 |
| 1219 · Elevation Media/Denver Life Mag | -3,606.93 |
| 1223 · Colorado Home & Life Style | -594.44 |
| 1228 · Johnson Morgan & White | 249,340.69 |
| 1244 · Dynamic Events | 252.63 |
| 1272 · Rocky Mountain Barter | 5,750.48 |
| 1273 · The Lazy Lion | 1,500.00 |
| 1499 · Undeposited Funds | 829.33 |
| 1510 · Employee Advance | -160.00 |
| 1601 · N/R - Great American Seating | 11,592.85 |
| 1605 · N/R - David O'Brien | 3,140.93 |
| 1606 · N/R - Jamie Nicholson | 3,901.51 |
| 1611 · Peruvian Festival Loans | 15,733.03 |
| 1612 · N/R - New Hope Ministries | 5,810.00 |
| **Total Other Current Assets** | 288,033.45 |
| **Total Current Assets** | 466,258.41 |
| **Other Assets** | |
| 1300 · Escrow Account / Earnest Money | 20,500.00 |
| 1301 · Security Deposit - Xcel Energy | 5,244.07 |
| **Total Other Assets** | 25,744.07 |
| **TOTAL ASSETS** | 492,002.48 |
| **LIABILITIES & EQUITY** | 0.00 |

*Schedule „B"; Item 71*

**Rent-Rite Super Kegs West LTD**



1501 W. Wesley Ave Denver, CO 80223
Phone: (303) 934-8322   Fax: (303) 934-8252
E-mail: Bill@Dickensheet.com

May 3rd, 2014

Mr. Tom Wright
Rent-Rite Super Kegs West LTD
1400 Yosemite Street
Aurora, Colorado  80220

Dear Mr. Wright,

In accordance with your request and per the terms and conditions of our agreement, Dickensheet & Associates, Inc. has researched and prepared a desktop Auction/Liquidation Value  on May 3rd, 2014 of the furniture, fixtures, equipment, inventory, vehicles and trailers from limited information provided by Mr. Tom Wright regarding the following facility:

**Rent-Rite Super Kegs West LTD**
**1400 Yosemite Street**
**Aurora, Colorado  80220**

The appraiser has been informed that the assets are owned by The Wright Group. This appraisal has been commissioned by Mr. Tom Wright to establish the Auction/Liquidation Value of the furniture, fixtures, equipment, inventory, vehicles and trailers of the entity. It is the appraiser's understanding that the intended use of this summary appraisal report will be used for establishing Auction/Liquidation Value and the intended user(s) will be Mr. Tom Wright. Dickensheet & Associates, Inc. has not fully visually inspected the furniture, fixtures, equipment, inventory, vehicles and trailers of the entity as various assets were located off site and the entity is among a move to the Yosemite location overall, the assets were not accessible for inspection.

The body of this summary appraisal report is an integral part of the appraisal and includes an explanation of the valuation approach and the various support data gathered in our investigation. The conclusions are subject to the Statement of Assumptions and Limiting Conditions as set forth in the report.

It is my professional opinion that the total **Auction/Liquidation Value for the appraised assets as of May 3rd, 2014 is $ 528,784.00. The outline per category is outlined below.**

**This appraisal does not include any assets not included in the listing provided to Dickensheet & Associates, Inc. or general intangibles including but not limited to lease opportunities, goodwill, accounts receivables, customer accounts, domain name(s), telephone number.   Dickensheet & Associates, Inc. assumes that all equipment is complete, in average to good condition and fully functional unless noted.**

**Rent-Rite Super Kegs West LTD**

**Categories Of Evaluation:**

| | | |
|---|---|---|
| Inventory | $ | 274,284.00 |
| Tents & Poles | | 65,000.00 |
| Vehicles & Trailers | | 175,000.00 |
| Office Furniture, Other Equipment | | 14,500.00 |
| **Grand Total** | **$** | **528,784.00** |

The analyses, opinions and conclusions were developed, and the formal appraisal report, which follows, has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice of the Appraisal Standards Board of the Appraisal Foundation.

The following definitions were used as the basis of the valuation of the furniture, fixtures, equipment, inventory, vehicles and trailers:

**Auction/Liquidation Value –** is defined as the appraiser's professional opinion of the estimated gross amount, expressed in US dollars, which the asset could typically realize if exposed for public sale at a properly advertised and professionally managed Auction/Liquidation sale, at a bid listed or negotiated price basis, by a seller obligated to sell, usually within a specified time as of the date of the appraisal report.

Unless otherwise stated in the formal appraisal report attached, **the effective date of this category appraisal is May 3rd, 2014.** The appraiser has used her best professional judgment to accurately value the assets according to the above, specified definition, using a conventional Market (Sales) Approach to Valuation. The Cost Approach to Value using replacement cost depreciated was considered; and when appropriate, new and used equipment dealers, recent liquidations sales results have been consulted for comparable prices; and comparative results of auctions have been utilized. Other information pertinent to the scope of work exercised by the appraiser in the preparation of this appraisal report is presented throughout the report in relevant sections. The Income Approach to Value was not considered applicable. The values reported in the appraisal documents represent the opinion of the appraiser and associates as of the effective date of the appraisal, and for a reasonable period of time thereafter. Such values are subject to significant alteration and will be affected by time, changes in condition, obsolescence, and technological advancements, changes in the market place or in the economy and many other factors beyond the control of the appraiser. Reliance upon stated values for any purpose beyond a reasonable period of time is not advisable.

The reported analyses, opinions and conclusions are limited only by the Statement of Assumptions and Limiting Conditions as contained in the formal appraisal report and are my personal unbiased professional analyses, opinions and conclusions.

I certify that I have not performed a full visual inspection of the property that is the subject of this appraisal report, and any parties having a financial or other interest have not influenced me in any way during the preparation of this appraisal report. The fee for this appraisal report is not contingent upon the value reported or the attainment of any predetermined value or other stipulated result.

Thank you for the opportunity to be of service.

Sincerely,

*/s/ Bill Dickensheet*

William Dickensheet
President, Dickensheet & Associates, Inc.

Dickensheet & Associates, Inc.

Schedule A/B # 55
Valuation



Alya Boltenkova <aboltenkova@twges.com>

## 1400 Yosemite
1 message

Paul Kahn <pkahn@shamesmakovsky.com>                    Thu, Jan 25, 2018 at 2:00 PM
To: Alya Boltenkova <aboltenkova@twges.com>

Alya

As a follow up to our conversation and per you request, based on the current market dynamics and surrounding redevelopment, it is applicable to apply at valuation of +/- $4,000,000 to the 1400 Yosemite property.  Obviously, this would be dependent on a few things, but would be justified base on the macro market conditions.

Please note that this is not an appraisal and is not intended to be used as one.  Please let me know if you have any questions.

Thank you,

PK

Paul Kahn

pkahn@shamesmakovsky.com

-

NAI Shames Makovsky

1400 Glenarm Place, Suite 100

Denver, CO 80202 USA

naishamesmakovsky.com

-

Direct +1 303 565 3034

Main +1 303 534 5005

Mobile +303 378 7818



The information contained in this e-mail, including any attachment(s), is intended solely for use by the named addressee(s). If you are not the intended recipient, or a person designated as responsible for delivering such messages to the intended recipient, you are not authorized to disclose, copy, distribute or retain this message, in whole or in part, without written authorization from the sender. This e-mail may contain proprietary, confidential or privileged information. If you have received this message in error, please notify the sender immediately. Thank you for your cooperation.

**Fill in this information to identify the case:**

Debtor name __**Rent Rite SuperKegs West Ltd**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __**17-21236 TBM**__

■ Check if this is an amended filing

## Official Form 206D
### Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** | **Arapahoe County Treasurer**<br>Creditor's Name<br><br>**5334 S Prince St**<br>**Littleton, CO 80120**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2016**<br>**Last 4 digits of account number**<br>**8298**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Arapahoe County Treasurer**<br>**2. Maria del Carmen Contraras, Rosa Botello**<br>**3. Bank of Lake Mills**<br>**4. World Business Lenders, LLC**<br>**5. Yosemite Management, LLC** | **Describe debtor's property that is subject to a lien**<br>**1400 Yosemite St., Denver, CO 80220 Warehouse. Valuation based on broker opinion of Paul Kahn. See attached valuation from Paul Kahn.**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $21,465.61 | $4,000,000.00 |
| **2.2** | **Bank of Lake Mills**<br>Creditor's Name<br><br>**136 E Madison St**<br>**Lake Mills, WI 53551**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**1400 Yosemite St., Denver, CO 80220 Warehouse. Valuation based on broker opinion of Paul Kahn. See attached valuation from Paul Kahn.**<br><br>**Describe the lien** | | $0.00 | $4,000,000.00 |

Debtor **Rent Rite SuperKegs West Ltd**
Name

Case number (if know) **17-21236 TBM**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **City and County of Denver** | | |
|---|---|---|---|

Creditor's Name

**Treasury Division**
**201 W. Colfax Ave., MC 405**
**DEPT. 1009**
**Denver, CO 80202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/2017**
**Last 4 digits of account number**
**1877**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Personal Property**

$261,921.39    $1,856,660.77

Describe the lien
**Statutory Lien for Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Maria del Carmen Contraras, Rosa Botello** | | |
|---|---|---|---|

Creditor's Name

**Hernandez, Joaquin Espinoza Bailon, Alfonso Madera, Gerardo Cisneros**
**2701 Lawrence St**
**Denver, CO 80205**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/2017**
**Last 4 digits of account number**
**1737**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**1400 Yosemite St., Denver, CO 80220 Warehouse. Valuation based on broker opinion of Paul Kahn. See attached valuation from Paul Kahn.**

$300,000.00    $4,000,000.00

Describe the lien
**Discrimination Case**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Debtor   **Rent Rite SuperKegs West Ltd**
    Name

Case number (if know)   **17-21236 TBM**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.5 | **World Business Lenders, LLC** | Describe debtor's property that is subject to a lien | $500,000.00 | $4,000,000.00 |

Creditor's Name

**c/o Williams Turner & Holmes, P.C.**
**744 Horizon Ct Ste 115**
**Attn: Phillip Jones**
**Grand Junction, CO 81506**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**1400 Yosemite St., Denver, CO 80220**
**Warehouse. Valuation based on broker opinion of Paul Kahn. See attached valuation from Paul Kahn.**

Describe the lien
**Assignee of Bank of Lake Mills**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.6 | **Yosemite Management, LLC** | Describe debtor's property that is subject to a lien | $1,963,106.00 | $4,000,000.00 |

Creditor's Name

**1400 Yosemite St**
**Aurora, CO 80237**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**1400 Yosemite St., Denver, CO 80220**
**Warehouse. Valuation based on broker opinion of Paul Kahn. See attached valuation from Paul Kahn.**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,046,493.00

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Rent Rite SuperKegs West Ltd**                          Case number (if know)   **17-21236 TBM**
Name

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Rathod/Mohamedbhai P.C.**<br>**2017 Lawrence St**<br>**Denver, CO 80205** | Line __2.4__ | |
| **World Business Lenders, LLC**<br>**c/o Williams Turner & Holmes, P.C.**<br>**744 Horizon Ct Ste 115**<br>**Attn: Phillip Jones**<br>**Grand Junction, CO 81506** | Line __2.2__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify the case:**

Debtor name **Rent Rite SuperKegs West Ltd**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **17-21236 TBM**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**911 Roll Off**<br>**6834 S University Blvd Ste 130**<br>**Centennial, CO 80122**<br><br>Date(s) debt was incurred  **5/2016**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Waste container rental**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$540.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**A&A Steel Enterprises**<br>**60 Williams Street**<br>**Port Moody, BC V3H 2R5**<br>**Canada**<br><br>Date(s) debt was incurred  **12/2009**<br>Last 4 digits of account number  **e660** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Steel plates for structure during 2010 Olympic Games**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$1,998.50** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**A-1 Emergency Mobile, Inc.**<br>**5580 Southmoore Lane #1**<br>**Fountain, CO 80817**<br><br>Date(s) debt was incurred  **6/2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Towing services**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$2,053.08** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Advertising Specialty Institute**<br>**PO Box 15017**<br>**Wilmington, DE 19886-5017**<br><br>Date(s) debt was incurred  **3/2017**<br>Last 4 digits of account number  **6053** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Advertising**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$152.24** |

| Debtor | **Rent Rite SuperKegs West Ltd** | | Case number (if known) | **17-21236 TBM** |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$536.78** |
|---|---|---|---|

**Ahern Rental**
PO Box 271390
Las Vegas, NV 89127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8/2016**

**Basis for the claim:  Equipment re-rental**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$484.00** |
|---|---|---|---|

**Airstar**
9603 Satellite Blvd Ste 150
Orlando, FL 32837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  7/2017**

**Basis for the claim:  Vendor**

**Last 4 digits of account number  0888**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,286.61** |
|---|---|---|---|

**Allen Vellone Wolf Helfrich & Factor PC**
1600 Stout St Ste 1100
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/2013**

**Basis for the claim:  Attorney Fees for prior Bankruptcy Case No.
12-31592 HRT**

**Last 4 digits of account number  101M**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$818.99** |
|---|---|---|---|

**Allied Forces**
PO Box 1205
Chandler, AZ 85244-1205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/2017**

**Basis for the claim:  Temporary labour services**

**Last 4 digits of account number  1321**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$647.65** |
|---|---|---|---|

**American Lighting**
11775 E 45th Ave
Denver, CO 80239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/2014**

**Basis for the claim:  Light bulb purchase**

**Last 4 digits of account number  WRIGROEVER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$465.32** |
|---|---|---|---|

**Bencomo Ent., Inc.**
2121 S 6th Ave
Phoenix, AZ 85003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/2016**

**Basis for the claim:  Vendor**

**Last 4 digits of account number  1453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,950.50** |
|---|---|---|---|

**Big Events, Inc.**
1613 Oed Way
Oceanside, CA 92056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/2016**

**Basis for the claim:  Equipment re-rental**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rent Rite SuperKegs West Ltd** | Case number (if known) | **17-21236 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,300.00**

**Blake Westdyk**
**760-4 Tramway Ln NE**
**Albuquerque, NM 87122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2015

Basis for the claim:  A/V equipment rental

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,949.66**

**Bron Tapes of Colorado, Inc.**
**875 W. Ellsworth Ave.**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2017

Basis for the claim:  Vendor

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$801.00**

**C&W Enterprises**
**PO Box 965**
**Strasburg, CO 80136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2017

Basis for the claim:  Vendor

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,055.68**

**Centry Wire & Cable**
**7400 E Slauson Ave**
**Commerce, CA 90040-3308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2017

Basis for the claim:  Vendor

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,394.25**

**Chairstables Comseating**
**2454 Mariondale Ave**
**Los Angeles, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2017

Basis for the claim:  Rental equipment

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$378.84**

**Cintas Fire Protection**
**PO Box 636525**
**Cincinnati, OH 45263-6525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2017

Basis for the claim:  Fire extinguishers

Last 4 digits of account number  2978

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$689.20**

**Colorado Stage Rentals**
**PO Box 1799**
**Gypsum, CO 81637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2017

Basis for the claim:  Equipment rental

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rent Rite SuperKegs West Ltd** | | Case number (if known) | **17-21236 TBM** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **Construction Support Services, Inc.** | ☐ Contingent | |
| | **7901 S Adams Way** | ☐ Unliquidated | |
| | **Centennial, CO 80122** | ☐ Disputed | |
| | Date(s) debt was incurred **4/2017** | Basis for the claim: **2 site visits Yosemite St. Wood frame Bldg** | |
| | Last 4 digits of account number **9017** | **calculations** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|
| | **Corner Store Logistics Inc.** | ☐ Contingent | |
| | **5790 Dahlia St** | ☐ Unliquidated | |
| | **Commerce City, CO 80022** | ☐ Disputed | |
| | Date(s) debt was incurred **8/2016** | Basis for the claim: **Trailer move** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,378.16** |
|---|---|---|---|
| | **Cornerstone Truck Repair LLC** | ☐ Contingent | |
| | **5790 Dahlia St** | ☐ Unliquidated | |
| | **Commerce City, CO 80022** | ☐ Disputed | |
| | Date(s) debt was incurred **2017** | Basis for the claim: **Truck repair** | |
| | Last 4 digits of account number **0051** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.87** |
|---|---|---|---|
| | **Crowd Control Store** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **6250 NW 27th Way** | ☐ Disputed | |
| | **Fort Lauderdale, FL 33309** | | |
| | Date(s) debt was incurred **3/2016** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|
| | **Dan D Party Corner** | ☐ Contingent | |
| | **717 Storey Blvd** | ☐ Unliquidated | |
| | **Cheyenne, WY 82009** | ☐ Disputed | |
| | Date(s) debt was incurred **8/2017** | Basis for the claim: **Floor rental** | |
| | Last 4 digits of account number **1821** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|
| | **Denver Propane Exchange** | ☐ Contingent | |
| | **PO Box 807** | ☐ Unliquidated | |
| | **Commerce City, CO 80037** | ☐ Disputed | |
| | Date(s) debt was incurred **9/2017** | Basis for the claim: **Propane tanks** | |
| | Last 4 digits of account number **8924** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Divergent Electric** | ☐ Contingent | |
| | **12431 Kearney Circle** | ☐ Unliquidated | |
| | **Thornton, CO 80602** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Electrical repairs** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Rent Rite SuperKegs West Ltd** | Case number *(if known)* | **17-21236 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,491.87**

**Eagle Industries**
PO Box 10652
New Orleans, LA 70181

Date(s) debt was incurred  5/2016

Last 4 digits of account number  4351

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Ellis Events**
2300 North Co Rd 250 West
Greensburg, IN 47240

Date(s) debt was incurred  7/2017

Last 4 digits of account number  0566

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  100 wide splice

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00**

**Employee Services**
1550 Larimer St #195
Denver, CO 80202

Date(s) debt was incurred  4/2015

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$668.23**

**Equipment Savers**
PO Box 17923
Denver, CO 80217

Date(s) debt was incurred  8/2017

Last 4 digits of account number  3041

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Off road diesel

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,113.73**

**Facility Solutions Group**
5050 Osage St, Suite 200
Denver, CO 80221

Date(s) debt was incurred  12/2016

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repairs

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$308.41**

**Federal Express**
PO Box 94515
Palatine, IL 60094

Date(s) debt was incurred  1/2017

Last 4 digits of account number  4943

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Courier charges

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$810.00**

**Fibrenew West Metro**
3815 Independence Ct
Wheat Ridge, CO 80033

Date(s) debt was incurred  10/2017

Last 4 digits of account number  3054

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vinyl and Leather Furniture Repair

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Rent Rite SuperKegs West Ltd** | | Case number (if known) | **17-21236 TBM** |
|---|---|---|---|---|
| | Name | | | |

---

**3.33**

Nonpriority creditor's name and mailing address
**Flagro**
**12949 Eagle Creek Parkway**
**Savage, MN 55378**

Date(s) debt was incurred  **2/2017**

Last 4 digits of account number  **5884**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of heaters**

Is the claim subject to offset? ■ No ☐ Yes

**$4,291.59**

---

**3.34**

Nonpriority creditor's name and mailing address
**Glenn Sanchez Property Development LLC**
**3185 E 133rd Ave**
**Thornton, CO 80241**

Date(s) debt was incurred  **2/2017**

Last 4 digits of account number  **9201**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Development of 1400 Yosemite St**

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

**3.35**

Nonpriority creditor's name and mailing address
**Green Brothers Oil, LLC**
**5335 Harrison St**
**Denver, CO 80216**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Re-Fuel for Generators**

Is the claim subject to offset? ■ No ☐ Yes

**$580.05**

---

**3.36**

Nonpriority creditor's name and mailing address
**Hire Quest, LLC DBA Trojan Labor**
**Colorado Springs Trojan**
**3117 N. Hancock Ave.**
**Colorado Springs, CO 80907**

Date(s) debt was incurred  **8/2017**

Last 4 digits of account number  **3009**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Temp labor services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,792.50**

---

**3.37**

Nonpriority creditor's name and mailing address
**Hugh Evans**
**NEED ADDRESS**

Date(s) debt was incurred  **2014**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of Astroturf**

Is the claim subject to offset? ■ No ☐ Yes

**$8,500.00**

---

**3.38**

Nonpriority creditor's name and mailing address
**Ikadan System USA, Inc.**
**1860 Renaissance Blvd.**
**Sturtevant, WI 53177**

Date(s) debt was incurred  **8/2017**

Last 4 digits of account number  **4784**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ika floor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,650.00**

---

**3.39**

Nonpriority creditor's name and mailing address
**Integra Telecom**
**PO Box 2966**
**Milwaukee, WI 53201**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,856.29**

---

| Debtor | **Rent Rite SuperKegs West Ltd** | | Case number (if known) | **17-21236 TBM** |
|---|---|---|---|---|

Name

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|

**Integrated Safety Services**
**9082 Marshall Ct**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2017

Basis for the claim:  Building inspection

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$513,436.00** |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  Taxes

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,941.30** |
|---|---|---|---|

**Jackson Kelly PLLC**
**PO Box 45705**
**Baltimore, MD 21297-5705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2016

Basis for the claim:  Legal consultation

Last 4 digits of account number  0868

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,038.47** |
|---|---|---|---|

**Jose Angel Talamantes**
**c/o Roger H. Moore**
**1751 Franklin St**
**Denver, CO 80218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2009

Basis for the claim:  Lawsuit Judgment for Auto Accident in Denver
County District Court, Case No. 12CV7417

Last 4 digits of account number  3822

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$615.79** |
|---|---|---|---|

**Larry H. Miller Ford**
**1595 W 64th Ave**
**Lakewood, CO 80215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2017

Basis for the claim:  Truck repairs

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00** |
|---|---|---|---|

**Lead Forensics Inc.**
**Piedmont Center 5-8, Bldg. 8, Suite 300**
**3525 Piedmont Rd NE**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2017

Basis for the claim:  Marketing

Last 4 digits of account number  1007

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Liberty Waste Management, Inc.**
**1841W Harvard Ave**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Basis for the claim:  Porta Potty Rental

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Rent Rite SuperKegs West Ltd**
Name

Case number (if known)   **17-21236 TBM**

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,425.65 |
|---|---|---|---|

**Madrid's Auto Repair**
1517 Beeler St
Aurora, CO 80010

Date(s) debt was incurred  **9/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,595.00 |
|---|---|---|---|

**MC Publishing**
5229 N 7th Ave, Suite 107B
Phoenix, AZ 85013-1963

Date(s) debt was incurred  **1/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,436.42 |
|---|---|---|---|

**National Construction Rentals**
2131 W. Roosevelt St
Phoenix, AZ 85009

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fence re-rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,950.00 |
|---|---|---|---|

**Norseman**
3815 Wanuskewin Road
Saskatoon, SK S7P1A4
Canada

Date(s) debt was incurred  **9/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fabric**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,438.25 |
|---|---|---|---|

**Out Front Media**
PO Box 33074
Newark, NJ 07188-0074

Date(s) debt was incurred ___

Last 4 digits of account number  **4461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,452.50 |
|---|---|---|---|

**Porta Lift, Inc.**
1717 E 39th Ave
Denver, CO 80205

Date(s) debt was incurred  **2006**

Last 4 digits of account number  **4326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Racking purchase**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Production Services Int'l**
2121 S Hudson St
Denver, CO 80222

Date(s) debt was incurred  **7/2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment re-rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rent Rite SuperKegs West Ltd** | Case number (if known) | **17-21236 TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,735.33 |

**Property Tax Advisors**
**3090 S. Jamaica Ct., Ste. 204**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016__

**Basis for the claim:** __City of Aurora Property Taxes Consulting Fee__

**Last 4 digits of account number** __2651__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $984.22 |

**Quicksilver Express Courier**
**PO Box 64417**
**Saint Paul, MN 55164-0417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __8/2017__

**Basis for the claim:** __Courier service__

**Last 4 digits of account number** __3127__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,430.54 |

**Rapid Ways Truck Leasing**
**PO Box 931284**
**Kansas City, MO 64193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __9/2016__

**Basis for the claim:** __Commercial box truck rental__

**Last 4 digits of account number** __7925__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,027.25 |

**Rocky Industries**
**6000 E. 49th Drive, Ste. 1**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __9/2017__

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** __2604__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $418.19 |

**RPM Performance**
**5655 Parachute Cir**
**Colorado Springs, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __6/2017__

**Basis for the claim:** __Car repairs/Mitsubishi__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $461.73 |

**Ryder Truck Leasing**
**PO Box 96723**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __4/2017__

**Basis for the claim:** __Rental truck repairs__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,223.08 |

**School Insurance Agency LLC**
**6767 S Spruce St #145**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __9/2016__

**Basis for the claim:** __Progressive policy__

**Last 4 digits of account number** __0751__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rent Rite SuperKegs West Ltd** | | Case number *(if known)* | **17-21236 TBM** |
|---|---|---|---|---|

Name

---

**3.61**

Nonpriority creditor's name and mailing address

**Sentry Fire & Safety, Inc.**
**1294 S Inca Street**
**Denver, CO 80223**

Date(s) debt was incurred   **11/2016**

Last 4 digits of account number   **6895**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Fire Alarm & Sprinkler Inspection**

Is the claim subject to offset? ■ No  ☐ Yes

$1,702.93

---

**3.62**

Nonpriority creditor's name and mailing address

**Shapiro Bieging Barber Ottenson LLP**
**4852 S. Ulster St. Pkwy., Ste. 1650**
**Denver, CO 80237**

Date(s) debt was incurred   **2013**

Last 4 digits of account number   **001M**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Legal advice**

Is the claim subject to offset? ■ No  ☐ Yes

$14,713.25

---

**3.63**

Nonpriority creditor's name and mailing address

**Sharon Wooten**
**2705 W 46th St**
**Loveland, CO 80538**

Date(s) debt was incurred   **5/2009**

Last 4 digits of account number   **5123**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lawsuit/Judgment for Auto Accident Case No. 2009CV5123**

Is the claim subject to offset? ■ No  ☐ Yes

$67,116.76

---

**3.64**

Nonpriority creditor's name and mailing address

**Solutions CMR**
**11091 NW 27th Street, Suite 100**
**Miami, FL 33172**

Date(s) debt was incurred   **3/2017**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Rental equipment**

Is the claim subject to offset? ■ No  ☐ Yes

$871.00

---

**3.65**

Nonpriority creditor's name and mailing address

**St. Paul Fire and Marine Insurance Co.**
**c/o Marcus L. Squarrell, Director**
**Lewis Bess Williams & Weese P.C.**
**1801 California St Ste 3400**
**Denver, CO 80202**

Date(s) debt was incurred   _

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lawsuit in Denver District Court, Case No. 2017CV31208**

Is the claim subject to offset? ■ No  ☐ Yes

$15,317.50

---

**3.66**

Nonpriority creditor's name and mailing address

**Synaesthesiax**
**2443 S University Blvd #202**
**Denver, CO 80210**

Date(s) debt was incurred   **8/2017**

Last 4 digits of account number   **1131**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Light equipment**

Is the claim subject to offset? ■ No  ☐ Yes

$800.00

---

**3.67**

Nonpriority creditor's name and mailing address

**Temporaries on Stand-By, Inc.**
**PO Box 13188**
**Milwaukee, WI 53213-0188**

Date(s) debt was incurred   **1/2014**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Temporary staffing**

Is the claim subject to offset? ■ No  ☐ Yes

$1,199.50

---

Debtor  **Rent Rite SuperKegs West Ltd**
        Name

Case number (if known)  **17-21236 TBM**

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,464.72 |
|---|---|---|---|

**TentandTable.Com, LLC**
**2845 Bailey Ave**
**Buffalo, NY 14215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2014**

Basis for the claim:  **Tables and Tents**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $690,200.12 |
|---|---|---|---|

**Tom H. Connolly**
**Chapter 7 Trustee of Bankruptcy Estate**
**of Don Richard Iley**
**950 Spruce St., Ste. 1C**
**Louisville, CO 80027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/7/17**

Basis for the claim:  **Adversary Proceeding No. 17-1522 EEB**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**Trailer Transit Inc.**
**1130 East US Hwy 20**
**Porter, IN 46304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **Freight**

Last 4 digits of account number  **9890**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $526.71 |
|---|---|---|---|

**ULINE**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2017**

Basis for the claim:  **Shipping Supplies**

Last 4 digits of account number  **6473**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $746.06 |
|---|---|---|---|

**Waco Scaffolding & Equipment Co.**
**121 E 58th Ave**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2017**

Basis for the claim:  ___

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $463.62 |
|---|---|---|---|

**Wagner Rents, Inc.**
**PO Box 911291**
**Denver, CO 80291-1291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

Basis for the claim:  **Re-rental**

Last 4 digits of account number  **0574**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $743.84 |
|---|---|---|---|

**Waste Connections of Colorado**
**5500 Franklin St**
**Denver, CO 80216-1538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Roll off service**

Last 4 digits of account number  **1010**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rent Rite SuperKegs West Ltd** | Case number (if known) | **17-21236 TBM** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,347.06 |
|---|---|---|---|

**Wayne Clark**
**PO Box 965**
**Strasburg, CO 80136**

Date(s) debt was incurred  **8/2015**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Picnic tables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,730.45 |
|---|---|---|---|

**Western Material Handling**
**753 Federal Blvd**
**Denver, CO 80204**

Date(s) debt was incurred  **8/2017**

Last 4 digits of account number  **7557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs to forklifts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,679.58 |
|---|---|---|---|

**Xcel Energy**
**PO Box 9477**
**Minneapolis, MN 55484**

Date(s) debt was incurred  **2012-2015**

Last 4 digits of account number  **0271**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Billing for missing electric meter**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,070.00 |
|---|---|---|---|

**Yelp for Business**
**140 New Montgomery St**
**San Francisco, CA 94105**

Date(s) debt was incurred  **7/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew D. Johnson**<br>**1801 Broadway Suite 900**<br>**Denver, CO 80202** | Line  **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Duncan E. Barber**<br>**Bieging Shapiro & Barber LLP**<br>**4582 S Ulster St Pkwy Ste 1650**<br>**Denver, CO 80237** | Line  **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **FedEx U.S. Collections Dept.**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | Line  **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **MAK The Law Offices of Mark A**<br>**100 S Main St**<br>**Smith Center, KS 66967** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Rent Rite SuperKegs West Ltd** | | Case number (if known) | **17-21236 TBM** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Millenium Collections**<br>**3675 20th St., Suite E**<br>**Vero Beach, FL 32960** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Murgallis Law Firm LLC**<br>**945 Front St**<br>**Louisville, CO 80027** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Recovery Ace, Inc.**<br>**9250 E Costilla Ave., Suite 130**<br>**Greenwood Village, CO 80112-3643** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Robert M. Maes**<br>**1610 Gaylord St**<br>**Denver, CO 80206** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **STA International**<br>**1400 Old Country Rd., Suite 411**<br>**Westbury, NY 11590-5119** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Virtucso Sourcing Group**<br>**4500 Cherry Creek South Drive**<br>**Suite 500**<br>**Glendale, CO 80246** | Line **3.77**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Wakefield & Associates**<br>**PO Box 58**<br>**Fort Morgan, CO 80701** | Line **3.74**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,648,243.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,648,243.82 |

**Fill in this information to identify the case:**

Debtor name    **Rent Rite SuperKegs West Ltd**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)    **17-21236 TBM**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease between ABW REO's LLC as Landlord and Rent-Rite Super Kegs West, Ltd. as Tenant for the Term of 36 months commencing 11/1/17 through 10/31/20. Rent for the months of November 2017 and December 2017 was $1,500 per month. Rent for the remaining months of the Term is payable in equal monthly installments of $7,000.** | |
| State the term remaining | **11/1/17 through 10/31/20** | |
| List the contract number of any government contract | | **ABW REO's LLC** **1720 S Bellaire Ste 1010** **Denver, CO 80222** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

**Fill in this information to identify the case:**

Debtor name    **Rent Rite SuperKegs West Ltd**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **17-21236 TBM**

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| Name | Mailing Address | | Name | Check all schedules that apply: |
| 2.1   **Thomas S Wright** | **1400 Yosemite St** <br> **Denver, CO 80220** | | **World Business Lenders, LLC** | ■ D    **2.5** <br> ☐ E/F   _____ <br> ☐ G   _____ |
| 2.2   **Thomas S Wright** | **1400 Yosemite St** <br> **Denver, CO 80220** | | **Sharon Wooten** | ☐ D   _____ <br> ■ E/F    **3.63** <br> ☐ G   _____ |